| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Ikuta, Sandra S. | 2. Court or Organization Ninth Circuit | 3. Date of Report 01/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address U.S. Court of Appeals - Ninth 125 South Grand Avenue Pasadena, California 91105 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | O'Melveny & Myers Defined Benefit Plan with former law firm (no control) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nationstar Mortgage, LLC | Mortgage on rental property, Agoura, CA | M |
| 2. | Citimortgage | Mortgage on rental property, West Los Angeles, CA | L |
| 3. | Union Bank | Mortgage on rental property, West Los Angeles, CA | L |
| 4. | Union Bank | Mortgage on rental property, Santa Monica, CA | O |
| 5. | City National Bank | Mortgage on rental property, Los Angeles, CA | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | G | Rent | P2 | W | | | | | |
| 2. - Rental property, Agoura, CA | | | | | | | | | |
| 3. - 50% interest in rental property, Venice, CA | | | | | | | | | |
| 4. - 50% interest in rental property, West Los Angeles, CA | | | | | | | | | |
| 5. - 33% interest in rental property, Santa Monica, CA | | | | | | | | | |
| 6. - Rental property, Los Angeles, CA | | | | | | | | | |
| 7. - Rental Property #2, Los Angeles, CA | | | | | | | | | |
| 8. - CNR Calif Tax-Exempt Money Market Serv 2635 | | | | | | | | | |
| 9. - CNR Calif Tax-Exempt Bd Fd Serv 2643 | | | | | Buy (add'l) | 02/12/14 | J | | |
| 10. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 11. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 12. | | | | | Sold (part) | 07/01/14 | J | A | |
| 13. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 14. - CNR Dividend & Income Fd Cl N | | | | | | | | | |
| 15. - CNR Emerging Markets Fund Cl N 1225 | | | | | Sold (part) | 02/05/14 | J | A | |
| 16. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 17. - CNR Fixed Income Opportunities Fd. Cl N#1236 | | | | | Buy (add'l) | 02/05/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/13/14 | K | A | |
| 19. - CNR High Yield Bond Fund Serv 2646 | | | | | Sold | 02/05/14 | J | A | |
| 20. - CNR Muni High Income Fd 2668 | | | | | Buy | 02/05/14 | J | | |
| 21. | | | | | Buy (add'l) | 03/13/14 | K | | |
| 22. - CNR US Core Equity Fd Ser #2665 | | | | | Buy (add'l) | 02/05/14 | J | | |
| 23. | | | | | Sold (part) | 02/12/14 | J | A | |
| 24. | | | | | Sold (part) | 03/13/14 | J | A | |
| 25. | | | | | Sold (part) | 07/01/14 | J | A | |
| 26. - Doubleline Total Return Bond Fd | | | | | Sold | 02/05/14 | J | | |
| 27. - iPath Bloomberg Commodity Index | | | | | Buy | 12/18/14 | J | | |
| 28. - Ivy High Income Fund Class I 475 | | | | | Sold | 02/05/14 | J | A | |
| 29. - Oppenheimer Developing Mkt Cl 1 | | | | | Sold (part) | 02/05/14 | J | A | |
| 30. | | | | | Sold | 02/12/14 | J | A | |
| 31. - Pimco Commodiity Plus Strat-Ins (X) | | | | | Sold | 12/16/14 | J | | |
| 32. - Touchstone Small Cap Core Fund Y | | | | | Buy (add'l) | 02/05/14 | J | | |
| 33. - Tweedy Browne Global Value Fd #001 | | | | | Buy | 02/12/14 | J | | |
| 34. | | | | | Buy (add'l) | 07/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 02/07/14 | J | | |
| 36. | | | | | Sold | 07/01/14 | J | B | |
| 37. - Voya Global Real Estate Fund | | | | | Sold | 02/05/14 | J | A | |
| 38. IRA #1 | D | Dividend | O | T | | | | | |
| 39. - CNR Prime MM Fd Serv #2631 | | | | | | | | | |
| 40. - CNR Corporate Bd Fd Serv Cl 2641 | | | | | Buy (add'l) | 02/05/14 | J | | |
| 41. | | | | | Buy (add'l) | 02/12/14 | J | | |
| 42. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 43. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 44. - CNR Govt Bd Fd Serv Cl 2639 | | | | | Buy (add'l) | 02/12/14 | J | | |
| 45. | | | | | Buy (add'l) | 03/13/14 | J | | |
| 46. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 47. - CNR High Yield Bond Fund Serv 2646 | | | | | Sold (part) | 02/05/14 | J | A | |
| 48. | | | | | Sold (part) | 03/13/14 | J | A | |
| 49. | | | | | Sold (part) | 06/27/14 | J | A | |
| 50. - CNR US Core Equity Fd Ser #2665 | | | | | Sold (part) | 02/12/14 | J | A | |
| 51. | | | | | Sold (part) | 03/04/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sold (part) | 07/03/14 | J | A | |
| 53. - Doubleline Total Return Bond Fund | | | | | Sold | 02/05/14 | J | | |
| 54. - Eaton Vance Fl Rate Adv Fd Cl 1 | | | | | Buy (add'l) | 02/05/14 | J | | |
| 55. - iPath Bloomberg Commodity Index | | | | | Buy | 12/18/14 | J | | |
| 56. - Market Vectors Emer H/Y Bd ETF | | | | | Buy (add'l) | 02/07/14 | J | | |
| 57. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 58. - Oppenheimer Dev Markets Cl 1 | | | | | Buy (add'l) | 02/05/14 | J | | |
| 59. | | | | | Sold (part) | 02/12/14 | J | A | |
| 60. | | | | | Sold | 06/27/14 | J | A | |
| 61. - PIMCO Commodity Plus Strat Ins | | | | | Sold | 12/16/14 | J | | |
| 62. - SPDR S&P Dividend ETF | | | | | | | | | |
| 63. - Touchstone Small Cap Core Fund Y | | | | | Sold (part) | 07/01/14 | J | A | |
| 64. - Tweedy Browne Global Value Fd #001 | | | | | Buy | 02/12/14 | J | | |
| 65. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 66. - Vanguard FTSE Developed Markets ETF | | | | | Sold | 07/01/14 | J | B | |
| 67. - Voya Global Real Estate Fund | | | | | Sold (part) | 07/01/14 | J | A | |
| 68. Brokerage Account #1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard 500 Index Fund Inv | B | Dividend | L | T | | | | | |
| 70. Vanguard Small Cap Index Fund Inv | B | Dividend | L | T | | | | | |
| 71. American Funds VCSP/College America 529A | B | Dividend | L | T | | | | | |
| 72. - Growth Fund of America | | | | | Distributed (part) | 12/04/14 | J | B | |
| 73. - The Investment Company of America | | | | | Distributed (part) | 12/04/14 | J | B | |
| 74. - Washington Mutual Investors Fund | | | | | Distributed (part) | 12/04/14 | J | A | |
| 75. - The Bond Fund of America | | | | | Distributed (part) | 12/04/14 | J | | |
| 76. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 77. City National Bank (various accounts) | A | Interest | N | T | | | | | |
| 78. Voya Flexible Premium Adjustable Universal Life Insurance | C | Interest | L | T | | | | | |
| 79. Japanese American Community Credit Union (Y) | | | | | | | | | |
| 80. Wine collection | | None | K | W | Sold (part) | 07/11/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI, lines 2 & 3: the value code represents 100% of the mortgage, but the reportable interest in the property is 50%

Part VII, line 1: approximately 95% of the income and 90% of the value of Trust #1 are derived from real estate rental, therefore Column B(2) reflects "Rent" and Column C(2) reflects "W" (non-real estate assets generated dividends, valued by the cash method, "T")

Part VII, line 3: income and value are included in this report at 50%, consistent with percentage of ownership of the property (error in land records reflecting 33% instead of 50% ownership is in the process of being corrected)

Part VII, line 4: income and value are included in this report at 50%, consistent with percentage of ownership of the property

Part VII, line 5: income and value are included in this report at 33%, consistent with percentage of ownership of the property

Part VII, line 8: same as line 50 of the prior report (cash account)

Part VII, line 9: same entry as line 53 of the prior report

Part VII, line 15: same entry as line 55 of the prior report

Part VII, line 28: same entry as line 62 of the prior report

Part VII, line 37: name change - formerly ING Global Real Estate Fund I

Part VII, line 39: same as line 8 of the prior report (cash account)

Part VII, line 67: name change - formerly ING Global Real Estate Fund

Part VII, line 77: same entry as line 74 of the prior report

Part VII, line 78: name change - formerly ING Flexible Premium Adjustable Universal Life Insurance

The assets listed in Brokerage Account #2 (lines 49-72) and the rental properties listed on lines 77-80 of the 2013 report were reallocated in 2014 into Trust #1. No reportable transactions resulted from this process.

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 01/29/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Ikuta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544